■ MICHAEL OGNIBENE, Appellant, v JOHN WIDMER et al., Respondents. [632 NYS2d 915] —Order of the Appellate Term of the Supreme Court, First Judicial Department (Parness, J. P., Miller and McCooe, JJ.), entered September 14, 1993, which affirmed an order of the Civil Court, New York County (Marilyn Diamond, J.), entered October 10, 1991, unanimously affirmed for the reasons stated by the Appellate Term, without costs and disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.

■ TRANSPORTATION INSURANCE COMPANY, Respondent, v HUGO NEU & SONS, INC., et al., Appellants. [632 NYS2d 916] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 7, 1995, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ALLEN, Appellant. [632 NYS2d 914] —Judgment, Supreme Court, New York County (Renee White, J.), rendered December 17, 1992, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him to a term of 2 1/2 to 5 years, unanimously affirmed.

Upon exercise of our factual review powers, we find by a preponderance of the evidence that defendant knew and appreciated the consequences of his conduct or that such conduct was wrong. Concur—Ellerin, J. P., Rubin, Kupferman, Williams and Mazzarelli, JJ.